IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER G.**, by and through his Parents, **SUSAN T.** and **RONALD G.**, and **SUSAN T.** and **RONALD G.**, individually, of Hershey, Pa., 17033,<br><br>  Plaintiffs,<br><br>  v.<br><br>**DERRY TOWNSHIP SCHOOL DISTRICT**,<br><br>  Defendant. | Civil No.  1:23-CV-0043<br><br><br><br><br><br><br><br><br><br><br><br>Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 21st day of March, 2024, upon consideration of Plaintiffs' motion to bifurcate (Doc. 16) and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 42(b), the case is bifurcated and the issue of whether the Hearing Officer determined the proper statute of limitations period is to be determined according to the following briefing schedule:

    a. Plaintiffs shall submit their brief in support within three weeks of the date of this order;

    b. Defendant shall submit its brief in opposition within two weeks thereafter; and

    c. Plaintiffs may reply, if at all, within one week thereafter.

2. Once the court makes a determination on the statute of limitations period, the court will issue an appropriate order.

        <u>/s/ Sylvia H. Rambo</u>
        SYLVIA H. RAMBO
        United States District Judge